# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Daniel Wilkes, ) | Civil Action No. 3:20-cv-01797-JMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| State of Richland County; Richland CO ) | |
| Probation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff Daniel Wilkes filed this civil rights action in the United States District Court for the District of Western Pennsylvania. *Wilkes v. State of Richland Cty.*, C/A No.: 1:20-cv-91-RAL (W.D. Pa. Apr. 17, 2020). At the time he filed this matter, Plaintiff was an inmate at SCI Albion of the Pennsylvania Department of Corrections in Albion, Pennsylvania. The Western District of Pennsylvania transferred this matter to this court on May 7, 2020. (ECF No. 4.) By order issued May 19, 2020, this court provided Plaintiff an opportunity to submit the documents necessary to bring the case into proper form for evaluation and possible service of process. (ECF No. 9.) However, Plaintiff did not receive the order, as it was returned to the court as undeliverable mail, indicating that Plaintiff "maxed out" of prison on May 25, 2020. (ECF No. 11.) Plaintiff has not provided the court with a new address at which he receives mail, and the records of this court and the Western District of Pennsylvania indicate no attempt by Plaintiff to contact the courts since he filed a motion to transfer the case (to this court) in the Western District of Pennsylvania on May 29, 2020, twenty-two (21) days after the case had already been transferred. Consequently, the court finds that Plaintiff has failed to prosecute this case. Therefore, the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link*

1

*v. Wabash R.R. Co.*, 370 U.S. 626, 633 (1962).

**IT IS SO ORDERED.**

*[signature: J. Michelle Childs]*
United States District Judge

June 25, 2020
Columbia, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.